UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | 5:22-cv-01424-SVW-KK | Date | October 12, 2022 |
|---|---|---|---|
| Title | Shirley Williams v. Allstate Insurance Company et al | | |

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**   ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND [15]

Before the Court is a motion to remand by Plaintiff Shirley Williams. Dkt. 15. Defendant Allstate Insurance Company opposes the motion. Dkt. 18. For the foregoing reasons, the Court GRANTS Plaintiff's motion for remand.

The present case was removed to federal court on the basis of diversity jurisdiction. Dkt. 1. Williams, a California citizen, brings claims against Allstate Insurance Company, Avalon Restoration, Inc, and 50 Does. *Id.* Although the amount in controversy is $500,000, there is no complete diversity amongst the parties. *Id.* Plaintiff contends that Avalon Restoration is a citizen of California because its principal place of business is in California under either the "place of operations" test or "nerve center" test. But the Court can determine Avalon's citizenship under a simpler analysis: under whose laws is Avalon Restoration incorporated under? A simple internet search demonstrates that the California Secretary of State's website[1] designates Avalon Restoration as a "Stock Corporation – CA – General" formed in California.[2] Thus, it is no mystery that Avalon Restoration is a citizen of California

---

[1] The Court was able to determine this information by going to the Business Search page of the California Secretary of State Website (https://bizfileonline.sos.ca.gov/search/business) and searching "Avalon Restoration." The Court may take judicial notice of the information on the California Secretary of State's website under Federal Rule of Evidence 201(b), "because the record is generated by an official government website[,] its accuracy is not reasonably in dispute." *Bleakley v. Birdcage Shopping Ctr.*, No. CIV210332WBSEFB, 2010 WL 11700698, at *2 (E.D. Cal. Apr. 13, 2010); *See also Gilliam v. Bank of Am., N.A.*, No. SACV171296DOCJPRX, 2017 WL 4443263, at *2 (C.D. Cal. Oct. 5, 2017) ("A court may also take judicial notice of information on government agency websites, including business profiles on the Secretary of State website.").
[2] The Court finds that the Avalon Restoration referred to by the California Secretary of State is likely Defendant Avalon

|  | : |
|---|---|
| Initials of Preparer | |
| | PMC |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:22-cv-01424-SVW-KK | Date | October 12, 2022 |
|---|---|---|---|
| Title | *Shirley Williams v. Allstate Insurance Company et al* | | |

and remand is warranted.

**It is so ordered.**

---

Restoration in the present case. The California Secretary of State's website lists the principal and mailing address as "1719 SOUTH GROVE AVE STE A ONTARIO, CA 91761," the same address that Plaintiff provided service to. Selik Decl., ¶ 3, Ex. 1.

|  | : |
|---|---|
| Initials of Preparer | PMC |